IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

   Plaintiff,

     v.

ATLANTA GASTROENTEROLOGY
ASSOCIATES, LLC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:05-CV-2504-TWT

## OPINION AND ORDER

This is an employment discrimination action.  It is before the Court on the Report and Recommendation [Doc. 65] of the Magistrate Judge recommending denying the Defendant's Motion for Summary Judgment [Doc. 36].  The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 36] is DENIED.

   SO ORDERED, this 15 day of February, 2007.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge


T:\ORDERS\05\EEOC\r&r.wpd